## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL RAINEY,                          :        Civil No. 3:20-cv-58
                                         :
      Plaintiff                         :        (Judge Mariani)
                                         :
      v.                                :
                                         :
CYNTHIA LINK, *et al.*,                  :
                                         :
      Defendants                        :

## ORDER

**AND NOW,** this _____ day of January, 2021, upon consideration of Plaintiff's

motion (Doc. 17) for appointment of counsel, and in accordance with the Memorandum

issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 17) is **DENIED** without

prejudice.

 

                                  _____

                                  Robert D. Mariani
                                  United States District Judge