IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL RAINEY, : Civil No. 3:20-cv-58
:
Plaintiff : (Judge Mariani)
:
v. :
:
CYNTHIA LINK, *et al.*, :
:
Defendants :

## ORDER

**AND NOW**, this 19th day of February, 2021, upon consideration of Defendants' motion (Doc. 19) to dismiss, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 19) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

_____
Robert D. Mariani
United States District Judge